UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRINTIFY, INC., JANIS BERDIGANS, and JOHN DOES 1–10, <br><br> Defendants. | Case No. 23-cv-08926 |

### JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Plaintiff Atari Interactive, Inc. ("Atari") and Defendant Printify, Inc. ("Defendant") submit this Joint Stipulation and Proposed Order Modifying the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order.

WHEREAS, on October 11, 2023, the Court entered the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, and on October 17, 2023, the Court extended the deadlines and hearing set in that order (together, "TRO").

WHEREAS, on October 26, 2023, Defendant moved for an order dissolving or modifying the TRO ("Motion").

WHEREAS, after meeting and conferring, the Parties, in the interests of limiting the disputes presented to the Court to further judicial economy, have reached an agreement to resolve the Motion.

NOW, THEREFORE, the Parties stipulate to modifying the TRO with permission from the Court as follows:

1.  Page 7, paragraphs 2 through 4, of the "Temporary Asset Restraint" shall be stricken.

2.  Defendant denies that it ever has or will improperly transfer assets, but agrees that none of Defendant's assets will be moved from U.S. accounts to foreign accounts with the intent to avoid enforcement of a judgement, regardless as to whether those accounts have been discovered by Atari.

3.  The hearing on Atari's request for the issuance of a preliminary injunction shall be rescheduled for the week of November 27, 2023 or any other date the Court deems appropriate.

4.  Page 8, paragraph 5, is moot and dissolved from further enforcement beyond what has occurred to date.

5.  The case file documents, with the exception of (1) Defendant's Motion and accompanying papers and (2) the exhibits to the Declaration of Katie Kavanaugh, shall be unsealed on October 27, 2023.

Dated: October 26, 2023

BOIES SCHILLER FLEXNER LLP

By: _____
Matthew L. Schwartz
mlschwartz@bsfllp.com
Christopher Tom
ctom@bsfllp.com
55 Hudson Yards, 20th Fl.
New York, NY 10001
Telephone: (212) 446-2300

Katie Kavanaugh (*admitted pro hac vice*)
kkavanaugh@bsfllp.com
Genesis Shin*
gshin@bsfllp.com
2029 Century Park East, 1520N

HUSCH BLACKWELL LLP

By _____
Rudolph A. Telscher, Jr.*
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
rudy.telscher@huschblackwell.com

Dustin L. Taylor*
1801 Wewatta Street, Suite 1000
Denver, CO 80202
Telephone: (303) 749-7200
dustin.taylor@huschblackwell.com
*Pro Hac Vice Forthcoming

Los Angeles, CA 90067
Telephone: (213) 629-9040

Maxwell Pritt*
mpritt@bsfllp.com
Beko O. Reblitz-Richardson*
brichardson@bsfllp.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800

Rossana Baeza (*admitted pro hac vice*)
rbaeza@bsfllp.com
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 357-8436

*\*Pro Hac Vice Forthcoming*

*Counsel for Plaintiff
Atari Interactive, Inc.*

Kevin Turbert (NY State Bar No. 4803094)
68 S. Service Road
Melville, NY 11747
Telephone: (202) 378-2353
kevin.turbert@huschblackwell.com

*Counsel for Defendant Printify, Inc.*

**[PROPOSED] ORDER MODIFYING TEMPORARY RESTRAINING ORDER**

Pursuant to stipulation of the Parties, the Court hereby **ENTERS** the stipulation.

So Ordered

Dated: October 27, 2023
NY NY

_____
UNITED STATES DISTRICT JUDGE