Case 1:23-cv-08926-SHS   Document 12   Filed 10/27/23   Page 1 of 1
Case 1:23-mc-00373-JLR   Document 3   Filed 10/10/23   Page 1 of 1

23 CV 08926

JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATARI INTERACTIVE, INC.,

        Plaintiff,

-against-

PRINTIFY, INC., JANIS BERDIGANS, and JOHN DOES 1–10,

        Defendants.

1:23-mc-00373 (JLR)

**ORDER ON MOTION TO TEMPORARILY SEAL THE CASE FILE**

---

JENNIFER L. ROCHON, United States District Judge:

Plaintiff Atari Interactive, Inc. ("Plaintiff") has filed a motion to temporarily seal the case file for this matter, including, but not limited to, the Plaintiff's complaint, this motion, Plaintiff's Ex Parte Application for Entry of a Temporary Restraining Order and Asset Restraint, and Order for Expedited Discovery, and all papers in support thereof, as well as the docket sheet and all orders of the Court (collectively, the "Case File").

The Court has considered Plaintiff's motion to seal as well as all other papers filed in support thereof. Sufficient cause having been shown, Plaintiff's motion to seal is GRANTED without prejudice to reconsideration by the judge ultimately assigned to this case. The Clerk of Court is respectfully directed to (1) maintain the Case File documents associated with the above-referenced action under seal until further Order of the Court; and (2) restrict access to this Order to the "selected party" viewing level.

Dated: October 10, 2023
       New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge