# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,214,210**
**Registered Sep. 25, 2012**
**Int. Cls.: 9, 16, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATARI INTERACTIVE, INC. (DELAWARE CORPORATION)
475 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; PLUG AND PLAY GAME UNITS FOR PLAYING VIDEO AND COMPUTER GAMES WITH THE USE OF AN EXTERNAL DISPLAY SCREEN OR MONITOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2004; IN COMMERCE 11-19-2004.

FOR: PRINTED MATTER, NAMELY, POSTERS, STICKERS; USER AND INSTRUCTION MANUALS FOR COMPUTER HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-28-2009; IN COMMERCE 10-28-2009.

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, SWEAT SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 1,050,153, 3,173,508, AND OTHERS.

THE MARK CONSISTS OF THE WORD "ATARI" WITH A FUJI DESIGN ABOVE THE WORD WITHIN A BOX.

THE ENGLISH TRANSLATION OF "ATARI" IS SUCCESS OR LUCK.

SN 77-609,882, FILED 11-7-2008.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

Int. Cls.: 8, 16, 18, 20, 21, 24, 25, 26 and 34

Prior U.S. Cls.: 2, 3, 8, 11, 23, 32, 33, 37, 38, 39, 40, 42 and 44

**United States Patent and Trademark Office**

Reg. No. 1,280,537
Registered Jun. 5, 1984

## TRADEMARK
### Principal Register

## ATARI

Atari, Inc. (Delaware corporation)
1265 Borregas Ave.
Sunnyvale, Calif. 94086

For: NAIL FILES, POCKET KNIVES WITH ATTACHED MONEY CLIP, POCKET KNIVES WITH ATTACHED KEY RING, in CLASS 8 (U.S. Cls. 23 and 44).

First use May 1978; in commerce Jun. 10, 1980.

For: INFORMATIONAL AND EDUCATIONAL NEWSLETTERS; PRINTING RIBBON, PAPER, AND THERMAL PRINTER PAPER FOR USE WITH COMPUTER PRINTERS; OPERATOR MANUALS AND REFERENCE MATERIALS RELATING TO ELECTRONIC PRODUCTS; PENS, CORRESPONDENCE FOLDERS AND NOTE PAPER, in CLASS 16 (U.S. Cls. 11, 37 and 38).

First use Mar. 5, 1980; in commerce Jun. 10, 1980.

For: TOTE BAGS, BACKPACKS, AND GENERAL PURPOSE SPORTS BAGS, in CLASS 18 (U.S. Cl. 3).

First use Mar. 26, 1979; in commerce Mar. 17, 1980.

For: MIRRORS, in CLASS 20 (U.S. Cl. 32).

First use Apr. 11, 1980; in commerce Jul. 8, 1980.

For: MUGS, COASTERS, AND GLASS BEVERAGEWARE, in CLASS 21 (U.S. Cls. 2 and 33).

First use Jan. 13, 1980; in commerce Jun. 10, 1980.

For: FABRIC DUST COVERS AND TOWELS, in CLASS 24 (U.S. Cl. 42).

First use May 17, 1979; in commerce Jun. 14, 1979.

For: MEN'S, WOMEN'S AND CHILDREN'S WEARING APPAREL—NAMELY, VESTS, T-SHIRTS, JACKETS, CAPS, BIBS, SHIRTS, JOGGING SUITS AND ATHLETIC JERSEYS, in CLASS 25 (U.S. Cl. 39).

First use Jun. 24, 1977; in commerce Nov. 14, 1978.

For: BUCKLES, in CLASS 26 (U.S. Cl. 40).

First use Apr. 1978; in commerce Sep. 9, 1980.

For: NON-ELECTRIC CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use Dec. 30, 1979; in commerce Jul. 8, 1980.

Owner of U.S. Reg. Nos. 1,050,153 and 1,221,509.

Ser. No. 376,771, filed Jul. 26, 1982.

STEPHEN J. KELLER, Examining Attorney

Int. Cls.: 8, 16, 18, 20, 21, 24, 25, 26 and 34

Prior U.S. Cls.: 2, 3, 8, 11, 23, 32, 33, 37, 38, 39, 40, 42 and 44

**United States Patent and Trademark Office**

Reg. No. 1,280,536
Registered Jun. 5, 1984

## TRADEMARK
### Principal Register



Atari, Inc. (Delaware corporation)
1265 Borregas Ave.
Sunnyvale, Calif. 94086

For: NAIL FILES, POCKET KNIVES WITH ATTACHED MONEY CLIP, POCKET KNIVES WITH ATTACHED KEY RING, in CLASS 8 (U.S. Cls. 23 and 44).

First use May 1978; in commerce Jun. 10, 1980.

For: INFORMATIONAL AND EDUCATIONAL NEWSLETTERS; PRINTING RIBBON, PAPER, AND THERMAL PRINTER PAPER FOR USE WITH COMPUTER PRINTERS; OPERATOR MANUALS AND REFERENCE MATERIALS RELATING TO ELECTRONIC PRODUCTS; PENS, CORRESPONDENCE FOLDERS AND NOTE PAPER, in CLASS 16 (U.S. Cls. 11, 37 and 38).

First use Mar. 5, 1980; in commerce Jun. 10, 1980.

For: TOTE BAGS, BACKPACKS, AND GENERAL PURPOSE SPORTS BAGS, in CLASS 18 (U.S. Cl. 3).

First use Mar. 26, 1979; in commerce Mar. 17, 1980.

For: MIRRORS, in CLASS 20 (U.S. Cl. 32).

First use Apr. 11, 1980; in commerce Jul. 8, 1980.

For: MUGS, COASTERS, AND GLASS BEVERAGEWARE, in CLASS 21 (U.S. Cls. 2 and 33).

First use Jan. 13, 1980; in commerce Jun. 10, 1980.

For: FABRIC DUST COVERS AND TOWELS, in CLASS 24 (U.S. Cl. 42).

First use May 17, 1979; in commerce Jun. 14, 1979.

For: MEN'S, WOMEN'S AND CHILDREN'S WEARING APPAREL—NAMELY, VESTS, T-SHIRTS, JACKETS, CAPS, BIBS, SHIRTS, JOGGING SUITS AND ATHLETIC JERSEYS, in CLASS 25 (U.S. Cl. 39).

First use Jun. 24, 1977; in commerce Nov. 14, 1978.

For: BUCKLES, in CLASS 26 (U.S. Cl. 40).

First use Apr. 1978; in commerce Sep. 9, 1980.

For: NON-ELECTRIC CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use Dec. 30, 1979; in commerce Jul. 8, 1980.

Owner of U.S. Reg. Nos. 1,049,118 and 1,221,508.

Ser. No. 376,764, filed Jul. 26, 1982.

STEPHEN J. KELLER, Examining Attorney