# EXHIBIT 2

\* Added by C.O. from previous application received Feb. 29, 1984.

EXAMINED BY Jm/ov

CHECKED BY

☑ CORRESPONDENCE Yes

☑ DEPOSIT ACCOUNT FUNDS USED

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

VA 162-740

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼
PA 185-123     1983

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Audiovisual work of video game entitled CRYSTAL CASTLES

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised drawing of Bentley Bear that was included in video game entitled CRYSTAL CASTLES

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

ATARI, INC.     DA 041653

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Barbara Vasta
ATARI, INC.
1265 Borregas Avenue
Sunnyvale, CA 94086

Area Code & Telephone Number ▶ (408) 745-4482

**7**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ATARI, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Barbara Vasta     date ▶ 7/6/84

Handwritten signature (X) ▼

*Barbara Vasta*

**8**

**MAIL CERTIFICATE TO**

Name ▼
Barbara Vasta
ATARI, INC.
Number/Street/Apartment Number ▼
1265 Borregas Avenue
City/State/ZIP ▼
Sunnyvale, CA 94086

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-312     Nov. 1981-600,000