UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

ATARI INTERACTIVE, INC.,                :        23-cv-8926 (SHS)

            Plaintiff,         :

            -v-                       :        ORDER

PRINTIFY, INC., JANIS BERDIGANS,        :
and JOHN DOES 1-10,
                               :
            Defendants.
---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Argument having been held on defendants' emergency motion to modify the temporary restraining order, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.     The last day for defendants to file their opposition to plaintiff's motion for a preliminary injunction is November 13, 2023;

      2.     Plaintiff's reply is due by November 20, 2023; and

      3.     The Court will hear argument on this matter on December 12, 2023, at 2:00 p.m.

Dated: New York, New York
       October 27, 2023

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.