UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ATARI INTERACTIVE, INC.,  :  23-cv-8926 (SHS)

        Plaintiff,  :

   -v-  :  ORDER

PRINTIFY, INC., JANIS BERDIGANS,  :
and JOHN DOES 1-10,
       :
        Defendants.
--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant Printify, Inc. having moved pursuant to Fed. R. Civ. Pro. 65(b)(4) to modify the temporary restraining order entered by this Court on October 11, 2023,

    IT IS HEREBY ORDERED that:

    1.    That motion shall be heard in Courtroom 23A at 2:00 p.m. on Friday, October 27. Defendants' counsel may appear via MS Teams telephone conference by dialing 646-453-4442, conference ID no. 28222201* (audio only); and

    2.    Defendant is directed to serve copies of all papers underlying its motion on or before 5:00 p.m. today.

Dated: New York, New York
       October 26, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.