Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ATARI INTERACTIVE, INC., : 23-cv-8926 (SHS)

             Plaintiff, :

             -v- : ORDER

PRINTIFY, INC., JANIS BERDIGANS, :
and JOHN DOES 1-10,
              :
             Defendants.
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court having received plaintiff's letter dated October 16, 2023, requesting extensions of the dates in the October 11 Order, and good cause for the extensions having been set forth in that October 12, 2023, letter,

    IT IS HEREBY ORDERED that:

1. Plaintiff's deadline to serve defendants with the October 11 Order and all papers upon which it is based is extended to October 25, 2023;

2. Defendants' deadline to file opposition papers to Atari's request for the issuance of a preliminary injunction is extended to October 31, 2023;

3. The hearing on the preliminary injunction is adjourned to November 1 at 2:30 p.m.;

4. The sealing order is extended to November 1, 2023;

5. The restraints imposed by the October 11 Order are extended to November 1, 2023; and

6. No further adjournments will be granted.

Dated: New York, New York
       October 17, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.