

# MEMO ENDORSED

November 20, 2023

**VIA ECF**

Honorable Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Atari Interactive, Inc., v. Printify, Inc., Janis Berdigans, and Does 1-10*
      No. 23-cv-08926

Dear Judge Stein:

  Plaintiff Atari Interactive, Inc., ("Plaintiff") respectfully submits this Letter Motion to file under seal pursuant to Your Honor's Individual Practice 5.B and this Court's Standing Order 19-misc-00583.

  Plaintiff requests to file under seal portions of its Reply in Support of Plaintiff's *Ex Parte* Application for Entry of a Temporary Restraining Order and Asset Restraint, an Order for Expedited Discovery, and Order to Show Cause for a Preliminary Injunction ("Reply") that cite to redacted portions of the Oleinika TRO Declaration (Dkts. 43-4) and Oleinika PI Declaration (Dkt. 51-1). Defendants Printify, Inc. and Janis Berdigans ("Defendants") submitted letter motions to seal portions of both declarations (Dkts. 43; 52). The Court granted the motion to seal the TRO Declaration (Dkt. 60). The other motion is currently pending.

  Because the Court granted Defendants' motion to seal the Oleinika TRO Declaration and Defendants sought sealing of the Oleinika PI Declaration, Plaintiff respectfully requests the Court grant this Letter Motion and permit the portions of its Reply referring to the declarations to be filed under seal.

                Respectfully yours,

                /s/ Rossana Baeza
                Rossana Baeza

**Plaintiff's request to file portions of its reply under seal is granted.**

Dated: New York, New York
    November 21, 2023

                SO ORDERED:

                Sidney H. Stein, U.S.D.J.

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com