UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

ATARI INTERACTIVE, INC.,                 :        23-cv-8926 (SHS)

                        Plaintiff,        :

          -v-                             :        ORDER

PRINTIFY, INC., JANIS BERDIGANS,          :
and JOHN DOES 1-10,

                                          :

                        Defendants.
---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

          Argument having been held today on plaintiff's motion for a preliminary injunction, with
counsel for all parties present,

          IT IS HEREBY ORDERED that:

          1.      For the reasons set forth on the record, defendants' motion to strike new arguments
and evidence in plaintiff's reply [Doc. No. 69] is denied with respect to the motion to strike and
granted with respect to the motion to file a sur-reply; and

          2.      The temporary restraining order [Doc. No. 21] as modified by the parties' joint
stipulation [Doc. No. 11] shall remain in place until the Court renders its decision on plaintiff's
motion for a preliminary injunction.

Dated: New York, New York
       December 12, 2023

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.