UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ATARI INTERACTIVE, INC.,           :        23-cv-8926 (SHS)

          Plaintiff,       :

      -v-                :        ORDER

PRINTIFY, INC., JANIS BERDIGANS,  :
and JOHN DOES 1-10,

                     :

        Defendants.
-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Printify, Inc. has asked the Court to modify the $10,000.00 bond imposed on Atari on October 11, 2023 [ECF Doc. No. 21]. Because the Court today denied Atari's motion for a preliminary injunction,

      IT IS HEREBY ORDERED that the Court denies Printify's request to modify the bond.

Dated: New York, New York
       January 25, 2024

                                    SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.