UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ATARI INTERACTIVE, INC.,                :     23-cv-8926 (SHS)

               Plaintiff,        :

      -v-                               :     ORDER

PRINTIFY, INC., JANIS BERDIGANS,        :
and JOHN DOES 1-10,
                                 :
               Defendants.
------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The parties having notified the Court that this matter has settled in principle [ECF Doc. No. 139],

      IT IS HEREBY ORDERED that plaintiff's motion to dismiss defendants Printify, Inc.'s and Janis Berdigan's counterclaim under Rule 12(b)(6) is dismissed as moot.

Dated: New York, New York
       August 28, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.